# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SHAUN HARPER,<br><br>       Plaintiff,<br><br>v.<br><br>M. MARQUEZ, ET AL.,<br><br>       Defendants. | Case No. 2:23-cv-03864-MCS-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED, and the action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record, as well as all defendants who

have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   October 27, 2025

*Mark C. Scarsi*

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2