JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SHAUN HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. MARQUEZ, ET AL.,<br><br>　　　　Defendants. | Case No. 2:23-cv-03864-MCS-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 27, 2025

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE